J-A30009-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| v. | : | |
| | : | |
| | : | |
| HOWARD WILLIAM DEWEESE | : | No. 1811 MDA 2018 |
| | : | |

Appeal from the Judgment of Sentence Entered August 29, 2018
In the Court of Common Pleas of Dauphin County Criminal Division at
No(s):  CP-22-CR-0003531-2010

BEFORE:   DUBOW, J., NICHOLS, J., and COLINS, J.[*]

DISSENTING MEMORANDUM BY COLINS, J.:          **FILED APRIL 28, 2020**

I must respectfully dissent from the well-reasoned decision of the majority that Appellee must pay restitution to the Commonwealth, in the amount of $116,688.52, in addition to the forfeiture of pension emoluments totaling well over 3 million dollars.  This amounts to de facto double restitution being received by the Commonwealth.  I agree that, "to ignore the forfeiture of [Appellee's] pension and pretend that it does not make the Commonwealth whole would be to ignore reality."  Appellee's Brief at 5.  I believe the trial court properly exercised its discretion in entering the judgment of sentence. I would affirm the judgment of sentence.

---

[*] Retired Senior Judge assigned to the Superior Court.